# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 120 MM 2016
:
              Respondent    :
:
:
:
                 v.           :
:
:
:
ANTHONY JOHN VENERI,      :
:
              Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2016, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* and the "Petition for Allocatur and a Writ of Habeas Corpus *Nunc Pro Tunc*" are **DENIED**.